**DISMISS; and Opinion Filed April 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01192-CV

### GRAHAM-RUTLEDGE & COMPANY, INC., Appellant
### V.
### BETH STEEB-HOUGHTON, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-00270-2013**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lewis

The filing fee and clerk's record in this case are past due. By postcard dated August 27, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letters dated November 13, 2013 and December 13, 2013 we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification it had paid for or made arrangements to pay for the clerk's record. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, and the clerk's record has not been filed.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/David Lewis/
DAVID LEWIS
JUSTICE


131192F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GRAHAM-RUTLEDGE & COMPANY, INC., Appellant

No. 05-13-01192-CV     V.

BETH STEEB-HOUGHTON, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas
Trial Court Cause No. 005-00270-2013.
Opinion delivered by Justice Lewis.
Justices Lang-Miers and Myers participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee BETH STEEB-HOUGHTON recover her costs of this appeal from appellant GRAHAM-RUTLEDGE & COMPANY, INC..

Judgment entered this 7th day of April, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE